DAVID MORRISON, an Infant, by MARY MORRISON, His Guardian ad Litem, Respondent, v. EDISON ELECTRIC ILLUMINATING COMPANY OF BROOKLYN, Appel-

lant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.